# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**JOHN CHARLES MURPHY,**   )    NO. EDCV 14-1937-KLS
             **Plaintiff,**   )
      **v.**   )    **JUDGMENT**
                                  )
**CAROLYN W. COLVIN**, **Acting**   )
**Commissioner of Social Security,**   )
            **Defendant.**   )
_____ )

    Pursuant to the Court's Memorandum Opinion and Order,

    IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATE: October 7, 2015

                                          KAREN L. STEVENSON
                     UNITED STATES MAGISTRATE JUDGE